```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 29437
   MICHAEL ANGELO ADAMS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7864

-------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 07/26/2005 and was confirmed 09/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  46.77% from remaining funds.

     The case was paid in full 07/08/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------
DONALD W HUGAR MD          UNSECURED         160.00          .00          74.84
AMERICAN EXPRESS TRAVEL    UNSECURED        5500.41          .00        2572.50
AMOCO BP                   UNSECURED       NOT FILED         .00            .00
CREDIT PAC                 UNSECURED       NOT FILED         .00            .00
PORTFOLIO RECOVERY         UNSECURED         655.78          .00         306.70
CREDIT FIRST NATIONAL AS   UNSECURED       NOT FILED         .00            .00
CREDIT FIRST               UNSECURED        1100.80          .00         514.84
FEINGOLD & FEINGOLD        UNSECURED       NOT FILED         .00            .00
KAPLAN & CHAET LLC         UNSECURED       NOT FILED         .00            .00
SHELL OIL CO               UNSECURED       NOT FILED         .00            .00
SHELL CREDIT CARD          NOTICE ONLY     NOT FILED         .00            .00
DAIMLER CHRYSLER FINANCI   SECURED          2299.30       229.28        2299.30
RIEZMAN & BLITZ            NOTICE ONLY     NOT FILED         .00            .00
RESURGENCE FINANCIAL LLC   FILED LATE       8114.10          .00            .00
RICHARD E SEXNER           DEBTOR ATTY      1,429.00                    1,429.00
TOM VAUGHN                 TRUSTEE                                        493.54
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 7,920.00

PRIORITY                                             .00
SECURED                                         2,299.30
    INTEREST                                      229.28
UNSECURED                                       3,468.88
ADMINISTRATIVE                                  1,429.00
TRUSTEE COMPENSATION                              493.54
DEBTOR REFUND                                        .00
                        ---------------      ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 29437 MICHAEL ANGELO ADAMS
```

```
TOTALS                                 7,920.00              7,920.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
Dated: 09/25/08                  _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```